Argued September 21, affirmed September 21, 1972

STATE OF OREGON, *Respondent, v.* BILLY RAY SYLVIA (No. C 71-07-2046 Cr), *Appellant.*

500 P2d 1215

*Gary D. Babcock,* Public Defender, Salem, argued the cause and filed the brief for appellant.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and THORNTON, Judges.

AFFIRMED FROM THE BENCH.